## No. 1007.

### JULES MASSY VS. M. T. GORDY, SHERIFF, ET ALS.

Where the construction of a written proposal turns upon a single word, in order to ascertain the meaning of him who uses it, the context and the circumstances under which the proposal was made must be considered, as also the object the writer desired to accomplish, and the motive the person addressed must have had to accede to the proposal.

These must be resorted to for a correct exegesis, and form the only reliable basis for it, when the language used in the proposal is French, and both parties speak French as their native tongue, and they differ as to its meaning, and a lawyer on each side is in the same condition, and all appeal to the *Dictionaire de l'Academie Francaise* as conclusive authority for their diverse renderings.

APPEAL from the District Court for St. Mary. FONTELIEU, J.

*Dumartrait* and *Caffrey* for Plaintiff. *Simon* and *Tucker* for Defendants Appellants.

MANNING, C. J., delivered the opinion reversing the judgment, DE BLANC, J., dissenting.